**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

_____  )
                                         )
IN RE YASMIN AND YAZ (DROSPIRENONE)     )    3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND           )
PRODUCTS LIABILITY LITIGATION            )         MDL No. 2100
_____  )
                                         )    ORDER GRANTING VOLUNTARY
                                              DISMISSAL WITHOUT PREJUDICE

**This Document Relates to:**

*Henri Colby v. Bayer HealthCare Pharmaceuticals, Inc. and Bayer Schering Pharma AG,* No. 3:10-cv-10401-DRH-PMF

*Sharmika Cusic-Mason v. Bayer HealthCare Pharmaceuticals, Inc. and Bayer Schering Pharma AG,* No. 3:10-cv-20312-DRH-PMF

**ORDER**

On April 26, 2011, the plaintiffs in the above captioned actions filed motions for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41 (*Colby,* Doc. 15; *Carper* Doc. 29).[1] Defendants' responsive pleadings were due on or before May 31, 2011. To date, the defendants have not responded.

---

[1] In *Colby*, Bayer Healthcare Pharmaceuticals, Inc., filed an answer on July 19, 2010 (Doc. 11) and Bayer Schering Pharma AG filed an answer on April 11, 2011 (Doc. 12). In *Carper,* Bayer Healthcare Pharmaceuticals, Inc., filed an answer on March 16, 2011 (Doc. 26) and Bayer Schering Pharma AG filed an answer on May 12, 2011 (Doc. 30).

Accordingly, the Court presumes that defendants have no objection to the motions to dismiss. The above captioned actions are therefore **DISMISSED** without prejudice.

**SO ORDERED**

*/s/ David R. Herndon*

Digitally signed by David R. Herndon
Date: 2011.06.03 13:54:09 -05'00'

**Chief Judge**                                                **Date: June 3, 2011**
**United States District Court**